# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:02CV2237 (MRK) |
| ) | |
| BP PRODUCTS NORTH AMERICA INC., ) | |
| ) | October 21, 2003 |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Trilegiant Corporation, hereby dismisses Count VI of its Amended Complaint dated September 19, 2003 with prejudice and without costs.

                    THE PLAINTIFF,
                    TRILEGIANT CORPORATION

                    By_____Robert Dolian_____
                    Robert P. Dolian (CT 04278)
                    Karen L. Allison (CT 021849)
                    Cummings & Lockwood LLC
                    Four Stamford Plaza
                    107 Elm Street
                    Stamford, CT 06902
                    Tel. (203) 327-1700
                    Fax (203) 351-4534

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of October, 2003, a copy of the foregoing NOTICE OF WITHDRAWAL was served via regular mail, postage prepaid, on:

Steven M. Greenspan, Esq.
Brian D. Porch, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047

_____
Robert P. Dolian

.StmLib1:1035599.1 10/21/03