2-2237 m ext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 29  12 02 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| TRILEGIANT CORPORATION, | : Civil Action No.: 3:02CV2237 (MRK) |
| Plaintiff, | : |
| VS. | : |
| BP PRODUCTS NORTH AMERICA INC. | : |
| Defendant. | : |
| | : OCTOBER 28, 2003 |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

The plaintiff, Trilegiant Corporation ("Trilegiant") and the defendant, BP Products North America Inc. ("BP") respectfully move the Court for an Order extending the deadlines contained in the scheduling order of March 3, 2003, as follows:

Depositions of plaintiff's experts – November 1, 2003

Disclosure of defendant's experts and expert reports – December 1, 2003

Depositions of defendant's experts – January 1, 2004

Completion of all discovery – January 1, 2004

Filing of dispositive motions – February 1, 2004

Matter will be trial ready by – August 1, 2004

Joint Trial Memorandum if no dispostive motions are filed – April 15, 2004

The parties were forced to schedule a bulk of the discovery between the months of September and October this year because several witnesses were unavailable during July and August. As a result, expert discovery in this case has been delayed. The parties agreed to have the plaintiff disclose its expert on August 22, 2003 and the plaintiff provided a supplemental expert report on October 6, 2003. Plaintiff's depositions of several non-party witnesses were put on hold pending the result of a conference with H. James Pickerstein, Esq., the Special Master

assigned to this case. Plaintiff is currently negotiating with the nonparty regarding the scheduling of these depositions. Defendant deposed plaintiff's expert on October 27, 2003.

This is the only extension of the scheduling order that the parties have sought and the only extension that the parties expect to request.

WHEREFORE, the parties jointly request that the Court extend the scheduling order deadlines as described above.

<table>
<tr><td>

PLAINTIFF,
TRILEGIANT CORPORATION

By: /s/ Karen Allison
Robert P. Dolian. (ct04278)
Karen L. Allison (ct21849)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 327-1700
Its Attorneys

</td><td>

DEFENDANT,
BP PRODUCTS NORTH AMERICA INC.

By: /s/
Steven M. Greenspan (ct00380)
Brian D. Porch, Jr. (ct236500)
One Canterbury Green
Stamford, CT 06901-2047
(203) 977-7300
Its Attorneys

</td></tr>
</table>