UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

TRILEGIANT CORPORATION,

Plaintiff,

VS.

BP PRODUCTS NORTH AMERICA INC.

Defendant.

: Civil Action No.: 3:02CV2237 (MRK)

: U.S. DISTRICT COURT
  NEW HAVEN, CONN.

:
:
:
:
:
:
: DECEMBER 19, 2003

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff Trilegiant Corporation ("Trilegiant") and defendant BP Products North America
Inc. ("BP") respectfully move the Court for an Order extending all of the deadlines contained in
the Scheduling Order of October 29, 2003, as follows:

Disclosure of plaintiff's amended expert report – January 15, 2004

Disclosure of defendant's expert and expert reports – February 15, 2004

Deposition of defendant's expert – March 15, 2004

Completion of all discovery – March 15, 2004

Filing of dispositive motions – April 15, 2004

Joint Trial Memorandum if no dispositive motions are filed – May 15, 2004

Trial Ready if no dispositive motions are filed – May 15, 2004

Extension of the current Scheduling Order is necessary to enable Trilegiant to complete
an amended expert report and supporting documentation, and therafter to afford BP adequate
time to respond to the amended report with its own expert witness. Subsequent to the October
27, 2003 deposition of plaintiff's expert, BP served a set of supplemental discovery requests,
principally aimed at the grounds for some of the opinions offerred by the expert. In turn,

plaintiff decided to amend its expert report and opinions.  The parties have agreed that Trilegiant will serve its amended expert report and responses to the defendant's supplemental document requests on or before January 15, 2004.  Accordingly, the Scheduling Order needs to be modified to allow Trilegiant adequate time to amend its report and complete document production.  At that point, BP will complete the engagement with its expert, and make prompt dislosure of its expert report.  The circumstances leading to the parties' request for an extension of the Scheduling Order were not reasonably foreseeable at the time of the recent status conference, and the extensions requested are necessary in order to provide the parties with a reasonable amount of time to complete expert witness discovery.


WHEREFORE, the parties jointly request that the Court extend the scheduling order deadlines as described above.


PLAINTIFF,
TRILEGIANT CORPORATION

By:_____
Robert P. Dolian. (ct04278)
Karen L. Allison (ct21849)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
(203) 327-1700
Its Attorneys

DEFENDANT,
BP PRODUCTS NORTH AMERICA INC.

By:_____
Steven M. Greenspan (ct00380 )
Brian D. Porch, Jr. (ct236500)
One Canterbury Green
Stamford, CT 06901-2047
(203) 977-7300
Its Attorneys