# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 3:02 CV 2237(MRK) |
| ) | |
| BP PRODUCTS NORTH AMERICA INC., ) | |
| ) | December 23, 2003 |
| Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCE OF KAREN L. ALLISON

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Karen L. Allison, hereby moves to withdraw her appearance filed on behalf of Plaintiff Trilegiant Corporation ("Plaintiff"), in the above-captioned matter. The undersigned has separated from Cummings & Lockwood LLC, which law firm will continue to represent Plaintiff, through Attorney Robert P. Dolian, a principal of that firm, who has entered an appearance in this matter. As indicated in the attached certification, the undersigned has sent a copy of this motion to Plaintiff, Trilegiant Corporation, through its in-house counsel, Brian Fisher.

WHEREFORE, the undersigned moves that her Appearance be withdrawn.

THE PLAINTIFF
TRILEGIANT CORPORATION

By _____
Karen L. Allison (CT 21849)
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Tel. (203) 327-1700
Fax (203) 351-4534

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE OF KAREN L. ALLISON was mailed, postage prepaid, this 23rd day of December, 2003 to:

Steven M. Greenspan, Esq.
Brian D. Porch, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047

Plaintiff:
Brian Fisher, Esq.
Trilegiant Corporation
100 Connecticut Avenue
Norwalk, CT 06850

_____
Karen L. Allison

.StmLib1:1042598.1 12/23/03

3