FILED

Jan 6  2 26 PM '04

UNITED STATES DISTRICT COURT
DISTRICT COURT
NEW HAVEN, CONN.
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02 CV 2237 |
| | ) | (JBA) |
| v. | ) | |
| | ) | |
| BP PRODUCTS NORTH AMERICA INC., | ) | |
| | ) | |
| Defendant. | ) | Decemeber 30, 2003 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, M. Juliet Bonazzoli, on behalf of plaintiff Trilegiant Corporation, in the above-referenced action.

THE PLAINTIFF,
TRILEGIANT CORPORATION
BY CUMMINGS & LOCKWOOD
ITS ATTORNEYS

By _____
M. Juliet Bonazzoli (CT 21394)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
(203) 327-1700
jbonaz@cl-law.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF APPEARANCE was sent via first-class U.S. Mail, postage prepaid, on this 30th day of December, 2003, to:

>Steven M. Greenspan, Esq.
>Brian D. Porch, Jr., Esq.
>Day, Berry & Howard LLP
>One Canterbury Green
>Stamford, CT  06901-2047

M. Juliet Bonazzoli

.StmLib1:1043119.1