UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION | : | |
| | : | NO. 3:02CV2237(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion To Withdraw Appearance Of Karen L. Allison, filed on behalf of plaintiff, [doc. #27], dated December 23, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: January 9, 2004.