## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION | : | |
| | : | NO. 3:02CV2237 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion For Leave To Amend Complaint [doc. #18], dated September 19, 2003, is hereby **GRANTED**. The Clerk is directed to docket plaintiff's Amended Complaint dated September 19, 2003.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 29, 2004.