UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, | : CIVIL ACTION NO. |
| | : 3:02CV2237 (MRK) |
| Plaintiff, | : |
| VS. | : |
| | : |
| BP PRODUCTS NORTH AMERICA INC., | : |
| | : |
| Defendant. | : |
| | FEBRUARY 2, 2004 |

### DEFENDANT'S MOTION FOR PERMISSION TO AMEND ANSWER TO ADD COUNTERCLAIMS

Defendant, BP Products North America Inc. ("BP"), respectfully moves, pursuant to Federal Rule of Civil Procedure 13(f), for permission to amend its Answer to add counterclaims against the plaintiff, Trilegiant Corporation ("Trilegiant") for breach of contract and restitution for amounts Trilegiant overcharged BP throughout the course of the parties' relationship. For the Court's convenience, the Amended Answer, including the counterclaims, are attached hereto. As set forth in the accompanying memorandum of law, justice requires that the requested permission be granted and that the attached Amended Answer be deemed filed contemporaneously with the Court's order.

Respectfully submitted,
DEFENDANT,
BP PRODUCTS NORTH AMERICA INC.

By _____
Steven M. Greenspan (ct00380)
Brian D. Porch, Jr. (ct23650)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
Its Attorneys
