UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BP PRODUCTS NORTH AMERICA INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:02 CV 2237<br>(JBA)<br><br><br><br><br>February 6, 2004 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Trilegiant Corporation ("Trilegiant"), by and through its attorneys, Cummings & Lockwood LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby gives notice of voluntary dismissal with prejudice of Count VI of its Amended Complaint dated September 19, 2003 ("Amended Complaint"). In support of this Notice, Trilegiant states as follows:

1.  Trilegiant, by Motion dated September 19, 2003, moved to amend its Complaint to include a sixth count raising breach of contract for unpaid billing statements for April and May of 2002.

2. This Court granted Trilegiant's Motion to Amend by Order dated January 29, 2004 (Kravitz, J.).

3. Trilegiant and the Defendant, BP Products North America Inc. ("BP"), reached an agreement and resolved this issue to Trilegiant's satisfaction.

WHEREFORE, for the foregoing reasons, Trilegiant now gives notice of its voluntary dismissal with prejudice of Count VI (Breach of Contract - Billings) of its Amended Complaint.

THE PLAINTIFF,
TRILEGIANT CORPORATION
BY CUMMINGS & LOCKWOOD
ITS ATTORNEYS

By _____
Robert P. Dollar (ct04278)
M. Juliet Bonazzoli (ct21394)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
(203) 327-1700
jbonaz@cl-law.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF COUNT was sent via first-class U.S. Mail, postage prepaid, on this 6th day of February, 2004, to:

Steven M. Greenspan, Esq.
Brian D. Porch, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT   06901-2047

_____
M. Juliet Bonazzoli

.StmLib1:1043119.1