2CV2237NOTDISM

35

2/10/04: IT IS SO ORDERED, as to Count VI only.
Dated at New Haven, Connecticut.
Janet Bond Arterton, U.S.D.J.

FILED
FEB 9  3 33 PM '04
DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:02 CV 2237 |
| | ) (JBA) |
| v. | ) |
| | ) |
| BP PRODUCTS NORTH AMERICA INC., | ) |
| | ) |
| Defendant. | ) February 6, 2004 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Trilegiant Corporation ("Trilegiant"), by and through its attorneys, Cummings & Lockwood LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby gives notice of voluntary dismissal with prejudice of Count VI of its Amended Complaint dated September 19, 2003 ("Amended Complaint"). In support of this Notice, Trilegiant states as follows:

1. Trilegiant, by Motion dated September 19, 2003, moved to amend its Complaint to include a sixth count raising breach of contract for unpaid billing statements for April and May of 2002.