UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:02 CV 2237 |
| ) | (JBA) |
| v. ) | |
| ) | |
| BP PRODUCTS NORTH AMERICA INC., ) | |
| ) | |
| Defendant. ) | February 11, 2004 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST TO AMEND

Plaintiff, Trilegiant Corporation ("Trilegiant"), by and through its attorneys, Cummings & Lockwood LLC, hereby objects to the Motion to Amend filed by the Defendant, BP Corporation North America, Inc. ("BP"), wherein BP seeks to amend its Answer to raise certain counterclaims. Fact discovery in this action has concluded and the matter is scheduled for a trial ready date of May 14. BP's requested amendments relate to conduct and a time period that has not been the subject of this action. If BP is permitted to amend its Answer it will be necessary to reopen

**ORAL ARGUMENT REQUESTED**

discovery and extend these proceedings, resulting in substantial delay and prejudice to Trilegiant.

Trilegiant's position is more completely set forth in its accompanying Memorandum of Law.

WHEREFORE, Trilegiant respectfully requests that the Court deny BP's Motion to Amend.

                                    THE PLAINTIFF,
                                    TRILEGIANT CORPORATION
                                    BY CUMMINGS & LOCKWOOD
                                    ITS ATTORNEYS

                                    By /s/ Robert P. Dolian
                                    Robert P. Dolian (ct04278)
                                    M. Juliet Bonazzoli (ct21394)
                                    Four Stamford Plaza
                                    107 Elm Street
                                    Stamford, CT  06902
                                    (203) 327-1700
                                    jbonaz@cl-law.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing OBJECTION TO DEFENDANT'S MOTION TO AMEND was sent via first-class U.S. Mail, postage prepaid, on this 11th day of February, 2004, to:

>Steven M. Greenspan, Esq.
>Brian D. Porch, Jr., Esq.
>Day, Berry & Howard LLP
>One Canterbury Green
>Stamford, CT  06901-2047

_____
M. Juliet Bonazzoli

.StmLib1:1047823.1 02/11/04