**BP Oil #19** — Fee Std

| | | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Apr-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Billings | $ | 167,800 | 107,800 | 58,475 | 54,425 | 33,975 | 36,975 | 243,525 | 101,175 | 124,975 | 213,050 | 205,650 |
| Cancel Curve | | 0.0% | 0.0% | 0.2% | 1.0% | 1.1% | 1.5% | 2.5% | 5.1% | 26.2% | 44.7% | 79.7% |
| Remaining Cancel % | | 0.0% | 0.0% | 0.0% | 0.2% | 0.2% | 0.3% | 0.4% | 0.99% | 4.5% | 7.6% | 13.6% |
| Prebill Cancel | $ | - | - | 19 | 88 | 66 | 96 | 1,028 | 887 | 5,600 | 16,257 | 27,980 |
| Billings net of Prebill Cancel | $ | 167,800 | 107,800 | 58,456 | 54,337 | 33,909 | 36,879 | 242,497 | 100,288 | 119,375 | 196,793 | 177,670 |
| Total Cancels | $ | 28,660 | 18,412 | 9,984 | 9,281 | 5,792 | 6,299 | 41,418 | 17,129 | 20,389 | 33,612 | 30,346 |
| Total Net Revenue | $ | 139,140 | 89,388 | 48,472 | 45,056 | 28,117 | 30,580 | 201,079 | 83,159 | 98,986 | 163,180 | 147,324 |
| Active Members @ $25 | | 5,566 | 3,576 | 1,939 | 1,802 | 1,125 | 1,223 | 8,043 | 3,326 | 3,959 | 6,527 | 5,893 |
| Service Fee @ $4.32 | $ | 24,026 | 15,435 | 8,370 | 7,780 | 4,855 | 5,280 | 34,721 | 14,359 | 17,092 | 28,177 | 25,439 |
| Net Revenue After Service Fee | $ | 115,114 | 73,953 | 40,102 | 37,276 | 23,262 | 25,300 | 166,358 | 68,800 | 81,894 | 135,004 | 121,885 |
| Contract Rev. Share Rate - BP Oil | | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% | 63.5% |
| BP Oil Member Revenue | $ | 73,098 | 46,960 | 25,465 | 23,670 | 14,771 | 16,065 | 105,637 | 43,688 | 52,002 | 85,727 | 77,397 |
| Contract Rev. Share Rate - Trilegiant | | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% | 36.5% |
| Trilegiant Member Revenue | $ | 42,017 | 26,993 | 14,637 | 13,606 | 8,491 | 9,234 | 60,721 | 25,112 | 29,891 | 49,276 | 44,488 |
| Net Profits - Trilegiant | $ | 66,042 | 42,428 | 23,007 | 21,386 | 13,346 | 14,515 | 95,441 | 39,471 | 46,983 | 77,453 | 69,927 |
| Less: Expense of Servicing @ $.71 | $ | 3,952 | 2,539 | 1,377 | 1,280 | 799 | 868 | 5,711 | 2,362 | 2,811 | 4,634 | 4,184 |
| Total Net Revenue After Cost Savings | $ | 62,091 | 39,889 | 21,630 | 20,106 | 12,547 | 13,646 | 89,731 | 37,109 | 44,172 | 72,819 | 65,743 |
| Net Revenue less Discount % | $ | 62,091 | 39,723 | 21,451 | 19,857 | 12,340 | 13,365 | 87,520 | 36,045 | 42,727 | 70,144 | 63,065 |

**Cancel Rate Assumptions**

| | Total |
|---|---|
| Renew Pre-bill | 0.00% |
| Renew Post-bill | 17.08% |
| Total Renew Cancel Rate | 17.08% |

Note: Billings per Next Stats-Apr-02
Cancel rate equals the rate at which cancels occurred between the June 2001 and 2002 Cash Forecast Schedules.

TRI 2005707