FILED

Mar 25  2 58 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:02 CV 2237 |
| | ) | (MRK) |
| v. | ) | |
| | ) | |
| BP PRODUCTS NORTH AMERICA INC., | ) | |
| | ) | |
| Defendant. | ) | March 24, 2004 |

### PARTIES' JOINT STATUS REPORT

Pursuant to the Order of the Court dated December 31, 2003, Plaintiff, Trilegiant Corporation ("Plaintiff"), through its attorneys, Cummings & Lockwood LLC, and Defendant, BP Corporation North America, Inc. ("Defendant"), through its attorneys Day, Berry, & Howard, submit this Joint Status Report as follows:

A.  **Status of Case**

   The status of the case, identifying any pending motions, or any circumstances potentially interfering with the parties' compliance with the scheduling order.

Discovery has been completed with the following exceptions: (1) the deposition of Defendant's expert is scheduled to take place March 25, 2004; (2) Defendant served its Third Set of Requests for Production of Documents on March 11, 2004, to which Plaintiff has objected; and (3) discovery on Defendant's counterclaims will need to be conducted, should the court allow Defendant's request to amend its Answer (discussed below).

Presently pending is Defendant's Motion for Leave to Amend its Answer to Add Counterclaims. Plaintiff has objected to this request. Should permission to amend be granted, Plaintiff will require additional party and non-party discovery on the matters raised by Defendant's counterclaims.

Defendant anticipates filing a dispositive motion in this case.

B.  **Referral to Magistrate for Settlement Purposes**

**Interest in referral for settlement purposes to a united states magistrate judge or to the district's special masters program.**

If the case is not resolved on summary judgment or is resolved only in part, the parties would consider referral for settlement purposes to a magistrate judge, particularly to Magistrate Judge Garfinkel. The parties have already participated in a special masters settlement conference, which was unproductive.

C.  **Trial Before Magistrate Judge**

**Whether the parties will consent to a trial before a magistrate judge.**

The Plaintiff would prefer to try this matter before Judge Kravitz.

D.  **Estimated Length of Trial**

**The estimated length of trial.**

The estimated trial length of this matter is five days.

Respectfully Submitted,

THE PLAINTFF
TRILEGIANT COPORRATION
BY CUMMINGS & LOCKWOOD LLC
ITS ATTORNEYS


BY: _____
    Robert P. Dolian (ct04278)
    M. Juliet Bonazzoli (ct21394)
    Four Stamford Plaza
    P.O. Box 120
    Stamford, CT 06904-0120



Respectfully Submitted,

THE DEFENDANT
BP PRODUCTS NORTH AMERICA, INC.
BY DAY, BERRY & HOWARD LLP
ITS ATTROENYS


BY: _____
    Steven M. Greenspan (ct00380)
    Brian D. Rorch, Jr. (ct23650)
    One Canterbury Green
    Stamford, CT 06901-2047


.StmLib1:1053096.1 3/24/2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PARTIES' JOINT STATUS REPORT was sent via first-class U.S. Mail, postage prepaid, on this 24th day of March, 2004, to:

The Honorable Mark R. Kravitz
United States District Court District of Connecticut
141 Church Street
New Haven, CT 06510

Steven M. Greenspan, Esq.
Brian D. Porch, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047

_____
M. Juliet Bonazzoli

.StmLib1:1053166.1 03/24/04