UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday April 1, 2004
1:30 p.m.

CASE NO. **3:02cv2237 MRK**   **Trilegiant Corp. v BP Products N.A.**

Karen L. Allison
Cummings & Lockwood
Four Stamford Plaza
107 Elm St. PO Box 120
Stamford, CT 06904-0120

Mena J. Bonazzoli
Cummings & Lockwood
Four Stamford Plaza, PO Box 120
Stamford, CT 06904-0120

**STATUS CONFERENCE HELD**

DATE: 4/1/04

30 min.

Robert P. Dolian
Cummings & Lockwood
Four Stamford Plaza, PO Box 120
Stamford, CT 06904-0120

Steven M. Greenspan
Day, Berry & Howard
Cityplace I
Hartford, CT 06103-3499

Brian D. Porch Jr.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK