UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION | : | |
| | : | NO. 3:02CV2237(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE TO COUNSEL**

A telephonic Final Pre-Trial Conference will be held at **9:30 a.m. on Tuesday, July 20, 2004**. Plaintiff's attorney should initiate the conference call. After all parties are on the conference call, they should call Chambers at 203-773-2022.

**TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

Trial will commence at **1:30 p.m.** on Monday, **July 26, 2004** in Courtroom # 4.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **June 28, 2004**.