UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT COPRORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:02 CV 2237 (JBA) |
| ) | |
| BP PRODUCTS NORTH AMERICA INC., ) | |
| ) | August 22, 2003 |
| Defendant. ) | |

**PLAINTIFF'S EXPERT DISCLOSURE**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff, Trilegiant Corporation, hereby discloses that the following person may be used at trial to present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence.

1. Greg Hilinski
   Senior Vice President of Marketing Analysis, Finance
   Trilegiant Corporation
   100 Connecticut Avenue
   Norwalk, Connecticut 06850

Mr. Hilinski is a current employee of Trilegiant Corporation and is not a retained or specially employed witness for this action. Further, Mr. Hilinski's duties as employee of Trilegiant Corporation do not include regularly giving expert testimony.

2. <u>Educational Degrees</u>:

   1987 - Bachelors Degree in Marketing, University of Bridgeport - Bridgeport, Connecticut

   1993 - Masters Degree in Business Administration, Sacred Heart University - Fairfield, Connecticut

3. <u>Work History</u>:

   *CUC International/Cendant Membership Services/Trilegiant Corporation*

   1987 - Marketing Analyst - Marketing Operations

   1988 - Assistant Manager - Marketing Operations

   1989 - Manager - Marketing Operations

   1989 - Manager - Premier Dining Product Manager

   1991 - Director - Premier Dining Product Manager

   1993 - Senior Business Analyst - Software Development

   1996 - Director of Special Projects - Account Management

   1998 - Director of Systems Analysis - Accounting

   2000 - Vice President of Marketing Analysis - Finance

   2002 - Senior Vice President of Marketing Analysis - Finance

4. <u>Subject of Testimony</u>:  Profits lost due to Defendant's actions in breaching the contract and misappropriating the Horizon Program members.

5. <u>Substance of Testimony</u>:  Mr. Hilinski will project the gross revenues that would have been generated by the existing Horizon Program Members that were lost due to Defendant's

wrongful acts.  See, e.g., Trilegiant document 2003064 to 2003097.  In calculating those gross revenues, Mr. Hilinski will use the historical attrition rate applicable to the subject population of Horizon Program Members.  Mr. Hilinski will then project net revenues by applying the commission rates called for by the contract between the parties.  Id.  Lastly, Mr. Hilinski will project net profits by applying historical cost data reflecting Trilegiant's cost to service the remaining Horizon Program Members.  This twenty-year stream of projected net revenues will then be present valued using a range of discount rates.  Alternative projections will also be presented based on five-, ten- and fifteen-year net projected revenue streams.

        THE PLAINTIFF,
        TRILEGIANT CORPORATION

        By /s/  Karen L. Allison
           Robert P. Dolian (CT 04278)
           Karen L. Allison (CT 021849)
           Cummings & Lockwood LLC
           Four Stamford Plaza
           107 Elm Street
           Stamford, CT 06902
           Tel.  (203) 327-1700
           Fax  (203) 351-4534

**CERTIFICATE OF SERVICE**

       This is to certify that on this 22nd day of August, 2003, a copy of the foregoing Plaintiff's Expert Disclosure was served via facismile and first-class U.S. Mail, postage prepaid, on:

    Steven M. Greenspan, Esq.
    Brian D. Porch, Jr., Esq.
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT  06901-2047

                                            /s/  Karen L. Allison
                                            Karen L. Allison

.StmLib1:1027239.1 07/12/04