UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT COPRORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:02CV2237 (MRK) |
| | ) | |
| BP PRODUCTS NORTH AMERICA INC., | ) | |
| | ) | October 6, 2003 |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff, Trilegiant Corporation, hereby supplements its expert disclosure dated August 22, 2003.

5.     **SUBSTANCE OF TESTIMONY**:   In addition to the matters previously disclosed, Plaintiff states that Mr. Hilinski will testify regarding the attached "BP Oil and BP Visa - Fee Card Renewal Revenue - Period June 2002 - May 2022 - 20 year projection."  (Bates Number TRI 2005106 to TRI 2005141.  Mr. Hilinski will testify regarding the process

and methodology used in creating the foregoing projection as follows:

- The attached spreadsheet projects damages incurred by Trilegiant as a result of losing the BP Horizon and BP Visa Horizon revenues in June of 2002.

- The analysis shows separately the projected revenues from the BP Horizon Program (#19) and the BP Visa Horizon Program (#419). It then shows the two programs combined. It is prepared on a month-by-month basis for a 20-year period. The projected monthly Net Revenue is then discounted to a present value as of June 2002.

- The first line of the analysis, "Gross Billings," shows the amount that Trilegiant would have billed to existing members on a monthly basis. For the first 12 months of the analysis, this amount is based on the number of members actually in each program at that time. After the initial 12 months, the number of members is projected to decrease at a rate of 17.08% for the Horizon Program and 18.48% for the Visa Horizon Program. These "attrition" rates are based on historical experience in these two programs.

- The next line, "Total Cancels," shows the revenues lost due to canceling members. It is derived by multiplying the Gross Billings by the applicable attrition rate.

- The next line, "Total Net Revenue," is simply the Gross Billings less the Total Cancels.

- The next line, "Active Members," shows the number of active members after cancels. It is derived by dividing the Total Net Revenues by the $25 annual fee.

- The next line, "Service Fee," shows the sum Trilegiant was paid under the contract for servicing the members and for the oil discount program. It is derived by multiplying the number of members by the $4.32 total service fee per member.

- The next line, "Net Revenue After Service Fee," is the amount left to be divided between BP and Trilegiant in accordance with the contract after Trilegiant has been paid its service fees.

- The next four lines simply show the division of the Net Revenue between BP and Trilegiant according to the percentages set forth in the contract.

- The next line, "Net Profits - Cendant," shows the total revenues going to Trilegiant (f.k.a. Cendant). It is simply the Service Fee amount plus the Trilegiant share of the Net Revenue.

- The next line, "Less: Expense of Servicing," shows the amount Trilegiant would have spent on an annual basis servicing these members. It is derived by multiplying the number of members by $.71, which is the cost of servicing one member for one year.

- The next line, "Total Net Revenue After Cost Savings," is the result of subtracting the Expense of Servicing from the Trilegiant Net Profits.

- The last line, "Net Revenue less Discount," is the amount shown in the previous line discounted to a present value as of June 2002 using a 5% discount rate.

THE PLAINTIFF,
TRILEGIANT CORPORATION


By /s/ Karen L. Allison
   Robert P. Dolian (CT 04278)
   Karen L. Allison (CT 021849)
   Cummings & Lockwood LLC
   Four Stamford Plaza
   107 Elm Street
   Stamford, CT 06902
   Tel. (203) 327-1700
   Fax (203) 351-4534

3

## **CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of October, 2003, a copy of the foregoing PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE was served via overnight mail, postage prepaid, on:

>Steven M. Greenspan, Esq.
>Brian D. Porch, Jr., Esq.
>Day, Berry & Howard LLP
>One Canterbury Green
>Stamford, CT  06901-2047

>/s/   Karen L. Allison
>Karen L. Allison

.StmLib1:1027916.1 07/12/04

4