# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

TRILEGIANT CORPORATION,

    Plaintiff,

v.

BP PRODUCTS NORTH AMERICA INC.,

    Defendant.

**APPEARANCE**

CASE NUMBER: 3:02 CV 2237 (MRK)

FILED
JUL 14  1:30 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Trilegiant Corporation

---

| | |
|---|---|
| July 13, 2004 | _Signature_ |
| Date | Signature |
| ct25838 | Kevin Broughel |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 351-4677 | Cummings & Lockwood LLC |
| Telephone Number | Address: Four Stamford Plaza |
| (203) 708-3892 | 107 Elm Street |
| Fax Number | Stamford, CT 06902 |
| kbroughel@cl-law.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    Steven M. Greenspan, Esq.
    Brian D. Porch, Jr., Esq.
    Day, Berry & Howard, LLP
    One Canterbury Green
    Stamford, CT 06901-2047

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001