## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

TRILEGIANT CORPORATION,  )
                                         )
               Plaintiff,  )
                                           )
       v.  )      CIV. NO: 3:02 CV2237 (MRK)
                                           )
                                           )
BP PRODUCTS NORTH AMERICA,  )
INC.  )
                                           )
             Defendant.  )      July 26, 2004

## PLAINTIFF'S MOTION IN SUPPORT OF APPLICATION OF CONNECTICUT LAW TO TORTIOUS INTERFERENCE WITH CONTRACT CLAIM

         The Plaintiff, Trilegiant Corporation ("Trilegiant"), by and through its attorneys, Cummings & Lockwood, LLC, respectfully moves the Court for the application of Connecticut law to its tortious interference with contract claim. In support hereof, Trilegiant submits its July 23, 2004 Memorandum of Law, attached hereto.

THE PLAINTIFF
TRILEGIANT CORPORATION

By_____
    Robert P. Dolian (CT 04278)
    Kevin P. Broughel (CT 25838)
    Cummings & Lockwood LLC
    Four Stamford Plaza
    107 Elm Street
    Stamford, CT 06902
    Tel. (203) 327-1700
    Fax (203) 351-4534

2

## **ORDER**

The foregoing Motion, having been presented to the Court, is hereby

GRANTED/DENIED.

_____

Judge/Clerk of Court

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of July, 2004, a copy of the foregoing

Plaintiff's Proposed Findings of Fact was served via hand delivery on:

> Steven M. Greenspan, Esq.
> Brian D. Porch, Jr., Esq.
> Day, Berry & Howard LLP
> One Canterbury Green
> Stamford, CT  06901-2047

Kevin P. Broughel

.StmLib1:1068005.1 07/26/04

4