AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Connecticut__

Trilegiant Corp v. B.P. Products North America INC.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv2237mRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Robert P. Dolian | Steven M. Greenspan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/26/04 – | Thea Finkelstein | Kenneth Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/26/04 | | | Tom Rusin |
| ✓ | | 7/26/04 | | | Chip Vann |
| ✓ | | 7/26/04 | | | Nayr Iglesias |
| ✓ | | 7/27/04 | | | Greg Hilinski |
| | ✓ | 7/28/04 | | | Ellen Best |
| | ✓ | 7/29/04 | | | Lisa Kilrea |
| | ✓ | 7/28/04 | | | Jennifer Montague |
| | ✓ | 7/28/04 | | | Alan A. Schachter |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages