Case 3:02-cv-02287-MRK  Document 54a  Filed 07/29/2004  Page 1 of 6

*July 27, 2004*

# TRILEGIANT CORP. V. BP PRODUCTS NORTH AMERICA
# JOINT TRIAL EXHIBIT LIST

| EXHIBIT | DATE | TIME | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | 8/03/92 | N/A | Agreement between BP Oil and SafeCard Services, Inc. (TRI 2001410 - TRI 2001422) |
| 2 | Undated | N/A | Horizon Summary (BP 1427 - BP 1429) |
| 3 | 10/27/99 | N/A | Letter from Chip Vann to BP and Carey Isom re: termination of agreement (BP 0543) |
| 5 | 3/14/00 | N/A | Fee Card Harmonization (BP 1424 - BP 1425) |
| 7 | 5/09/00 | 2:30 pm | Email from Ellen Best to Cliff Wilson and Lisa Kilrea, cc: Jim DuBoyce re: Horizon members (BP 1502 - BP 1505) |
| 9 | 5/22/00 | 8:59 am | Email from Ellen Best to Jim DuBoyce and Lisa Kilrea re: BP Horizon Feecard (BP 0597 - BP 0598) |
| 12 | 5/30/00 | 4:02 pm | Email from Ellen Best to Cliff Wilson and Lisa Kilrea, cc: Jim DuBoyce and Ruth Rankin re: BP Amoco Fee Card Marketing (BP 1745 - BP 1749) |
| 13 | 5/30/00 | N/A | BP Amoco Fee Card Marketing BP 0478 - BP 0482) |
| 14 | 6/09/00 | 8:25 pm | Email from Ellen Best to Anitza Seneriz, Cliff Wilson and Lisa Kilrea re: Fee Card Marketing (BP 1750 - BP 1758) |
| 15 | 6/27/00 | 4:47 pm | Email from Steve Shirley to Ellen Best, Ruth Ranking, Jacki Liautaud, cc: Lisa Kilrea, Monica Evans, Antoinette Halliday, Kathy Taff, Susanne Brooks, Mike Levithan re: BP Horizon Card Procedures (BP 0109 - BP 0111) |
| 17 | 7/05/00 | 9:53 am | Email from Jim DuBoyce to Anitza Seneriz, Cliff Wilson, Lisa Kilrea and Ellen Best re: BP Horizon Card Procedures (BP 0125 - BP 0127) |
| 18 | 7/25/00 | 10:08 am | Email from Jim DuBoyce to Nayr Iglesias, cc: Ellen Best, Lisa Kilrea re: BP Horizon Feecard (BP 0523 - BP 0526) |
| 19 | 7/25/00 | 4:21 pm | Email from Jim DuBoyce to Cliff Wilson and Ellen Best re: BP Horizon Feecard (BP 1436 -BP 1437) |
| 20 | 7/25/00 | 4:29 pm | Email from Jim DuBoyce to Pat Hartberger, Susan Schiltt, Mark Boccuzzi, Nayr Iglesias, cc: Ellen Best, Lisa Kilrea re: BP Horizon Feecard (BP 1434 - BP 1435) |
| 21 | 7/25/00 | 5:01 pm | Email from Ellen Best to Jim DuBoyce re: Cendant (BP 0142) |
| 22 | 9/27/01 | N/A | Multicard Proposed 2002 SLA |

| EXHIBIT | DATE | TIME | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 24 | 3/23/01 | 9:35 am | Email from Monica Evans to Lisa Kilrea, Ellen Best cc: Michael Vaughan re: Fee Card Harmonization and Plastics Reissuance Program Request Form (BP 1525 -BP 1524) |
| 25 | 6/06/01 | 4:09 pm | Email from Lisa Kilrea to Ellen Best, Jim DuBoyce re: Horizon & Cendant (BP 1787) |
| 26 | 7/12/01 | 3:56 pm | Email from Ellen Best to Lisa Kilrea, cc: Jacki Liautaud re: BP Horizon Program (BP 1788) |
| 27 | 4/12/96 | N/A | Letter from Pet Giusto, SafeCard to Bob Morris at BP re: new contract. (TRI 2000872 - TRI 2000876) |
| 29 | 9/08/99 | 2:18 pm | Email from Chip Vann to Carey Isom re: Horizon (BP 0511 - BP 0512) |
| 30 | 7/26/01 | 11:45 am | Email from Lisa Kilrea to Nayr Iglesias, cc: Rod MacKinnon re: Horizon (BP 0522) |
| 31 | 7/26/01 | N/A | Letter from Lisa Kilrea to Nayr Iglesias re: confirmation of discontinuance of BP Horizon and BP Horizon Visa card member programs (TRI 2001863) |
| 32 | 7/30/01 | 11:27 am | Email from Nayr Iglesias to Lisa Kilrea, c: Rod MacKinnon re: Horizon (TRI 2001885 - TRI 2001886) |
| 34 | 9/26/01 | N/A | BP MultiCard Relaunch (BP 0253 - BP 0266) |
| 35 | 10/18/01 | 4:13 pm | Email from Monica Evans to Ellen Best, cc: Lisa Kilrea, Jacki Liautaud, Elizabeth Cosentino, Terry Walker re: BP Horizon Request (BP 0616 - BP 0617) |
| 36 | 10/22/01 | 9:39 am | Email from Monica Evans to Lisa Kilrea, cc: Ellen Best, Terry Walker re: FW: Horizon (BP 0618) |
| 38 | Undated | N/A | BP Horizon Strategy (BP 1541 - BP 1543) |
| 39 | 10/30/01 | N/A | BP Horizon Portfolio Strategy Update, October 30, 2001 (BP 0505 - BP0508) |
| 42 | 4/11/02 | 4:00 pm | Email from Lisa Kilrea to Terry Walker, Ellen Best, Jennifer Montague, cc: Monica Evans, Pat Hartberger re: AMF Renewal on BP Horizon Accounts (BP 1814 - BP 1815) |
| 44 | 5/01/02 | N/A | Certified letter from Jennifer Montague to Nat Lipman re: issues concerning business relationship (BP 0174 - BP 0178) |
| 45 | 1/07/02 | N/A | Draft letter from Lisa Kilrea to Nat Lipman (BP 0902 - BP 0903) |
| 46 | 5/01/02 | 8:40 am | Email from Elizabeth Cosentino to Jennifer Montague, cc: Ellen Best re: BP Horizon Succession Card Carrier and Letter: Confirming Copies (BP 1674 - BP 1673) |

| EXHIBIT | DATE | TIME | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 47 | 5/07/02 | 10:46 am | Email from Ellen Best to Terry Walker, Jennifer Montague, Anitza Seneriz, cc: Monica Evans, Ellen Best re: BP Horizon - Billing Fees (BP 1660) |
| 48 | 5/09/02 5/20/02 | N/A | Letters from Jennifer Montague to Cheryl Fowler, Chubb re: traveler's insurance benefits (BP 0186 - BP 0187) |
| 50 | 5/15/02 | N/A | Certified letter from Jennifer Montague to Nayr Iglesias re: BP terminating BP Horizon program 6/30/02 (TRI 2001062 - TRI 2001063) |
| 52 | 5/16/02 | 2:14 pm | Email from Terry Walker to Anitza Seneriz, Ellen Best, cc: Monica Evans, Mamta Naik, Elizabeth Cosentino, Jacki Liautaud re: BP Horizon Benefit Letters (BP 0716 -BP 0720) |
| 53 | 6/10/02 | 3:57 pm | Email from Jennifer Montague to Ellen Best re: FW: Horizon/Trilegiant potential suit (BP 1712) |
| 55 | 8/09/02 | 7:59 am | Email from Jacki Liautaud to Ellen Best re: BP Horizon (BP 1720 - BP 1721) |
| 58 | 7/10/00 | 4:27 pm | Email from Nayr Iglesias to Jim DuBoyce, cc: Ellen Best, Lisa Kilrea re: BP Horizon Feecard (BP 1771 - BP 1773) |
| 59 | 7/25/00 | 1:42 pm | Email from Nayr Iglesias to Jim DuBoyce, Pat Hartberger, Susan Schiltt, Mark Boccuzzi, cc: Ellen Best, Lisa Kilrea re: BP Horizon Feecard (BP 1779 - BP 1780) |
| 61 | 9/19/00 | 9:39 am | Email from Ellen Best to Steve Shirley, Jim DuBoyce, cc: Anitza Seneriz, Ruth Rankin, Jacki Liautaud, Monica Evans re: BP Horizon (BP 0086) |
| 62 | 7/16/01 | 4:17 pm | Email from Ellen Best to Lisa Kilrea, Jim DuBoyce re: BP Horizon |
| 63 | 5/24/00 | 12:09 pm | Email from Susan Schiltt to Nayr Iglesias; cc: Kelly Clift, Maria Cowley re: BP Horizon Feecard (TRI 2002966 - TRI 2002969) |
| 64 | 7/17/01 | 2:29 pm | Email from Nayr Iglesias to Susan Schiltt, cc: Jonathan Seem, Kelly Clift, Fred Rodriguez, Maria Cowley, re: FW: BP Horizon (TRI 2002676 - TRI 20021677) |
| 66 | 6/29/01 | 12:48 pm | Email from Susan Schiltt to Nayr Iglesias, cc: Jackie Senenko, Jason Yantorno re: Plans for BP Horizon (TRI 2002378) |
| 70 | 7/30/01 | 9:42 am | Email from Nayr Iglesias to Susan Schiltt, cc: Jonathan Seem, Kelly Clift, Fred Rodriguez, Maria Cowley, Jason Yantorno re: FW: BP Horizon (TRI 2002706 -TRI 2002708) |
| 71 | 1/13/03 | 4:30 pm | Email from Kelly Clift to Maria Cowley re: FW: BP Horizon (TRI 2002960 - TRI 2002961) |
| 72 | 9/09/99 | 9:44 am | Email from Chip Vann to Kelly Clift (TRI 2002980) |
| 73 | 3/19/96 | N/A | Amendment to Agreement between BP Oil Company and Safecard Services, Inc. (faxed to Kathy Thompson by Chip Vann on 9/13/99) (TRI 2000919 - TRI 2000934) |

| EXHIBIT | DATE | TIME | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 74 | 9/10/99 | 7:40 am | Email from Chip Vann to Susan Schiltt, Elaine Bradley-Ryan, cc: Bruce Jakubovitz, Ken Kellogg re: BP Oil Horizon Fee Card (TRI 2002153) |
| 75 | 10/05/99 | 2:19 pm | Email from Chip Vann to Carey Isom re: BP Horizon Cards (BP 0513) |
| 80 | 7/16/01 | 4:24 pm | Email from Ellen Best to Lisa Kilrea re: FW: BP Horizon Feecard (BP 1465 - BP 1464) |
| 83 | 10/24/01 | 2:21 pm | Email from Monica Evans to Lisa Kilrea; cc: Ellen Best, Jackie Liautaud, Terry Walker re: Horizon Update (BP 0140 - BP 0141) |
| 84 | 10/26/01 | 8:48 am | Email from Lisa Kilrea to Ellen Best re: Horizon Strategy (BP 1546) |
| 85 | 10/29/01 | N/A | BP Fee Card Program Harmonization and Card Reissuance, Product Comparison Overview (BP 0158 - BP 0159) |
| 86 | 10/29/01 | 11:05 am | Email from Monica Evans to Lisa Kilrea; cc: Ellen Best, Jackie Liautaud, Terry Walker re: Horizon Renewal Notice 2002 (BP 0658) |
| 87 | 11/21/01 | N/A | Marketing meeting agenda. Invitee list: Ellen Best, Elizabeth Cosentino, Monica Evans, Lisa Kilrea, Jackie Liautaud, Terry Walker (BP 1876 - BP 1877) |
| 88 | 12/05/01 | 1:33 pm | Email from Lisa Kilrea to Monica Evans; cc: Ellen Best re: BP Horizon succession (BP 1406) |
| 95 | 4/08/02 | 8:12 am | Email from Lisa Kilrea to Ellen Best re: BP Horizon - Notification to Cendant and Chubb (BP 0853 - BP 0854) |
| 102 | 9/17/99 | N/A | Memo from Eire re: BP Amoco Fee Card Marketing (BP 1137 - BP 1138) |
| 103 | 10/13/99 | 1:54 pm | Email from Carey Isom to Ellen Best re: FW: Cendant (BP 0586) |
| 107 | 4/03/01 | N/A | BP Fee Card Program Harmonization and Card Reissuance (BP 0552 - BP 0558) |
| 108 | 10/30/01 | N/A | BP Horizon Portfolio Strategy Update (BP 0154 - BP 0157) |
| 112 | 11/26/01 | N/A | Creative Input - Job Name: BP Horizon Succession to BP MultiCard - Pre-Notification Letter (BP 1220 - BP 1224) |
| 114 | 11/27/01 | 5:28 pm | Email from Terry Walker to Lisa Kilrea, Ellen Best; cc: Monica Evans, Jacki Liautaud, Elizabeth Cosentino re: BP Horizon timeline (BP 1412) |
| 117 | 1/1/02 | N/A | Comparison between BP Horizon and BP MulitCard, prepared by Eire (BP 0580 - 0582) |
| 118 | 3/14/02 | N/A | Fee Card Performance Review, prepared by Eire (BP 0001 - BP 0003; BP 0022 -BP 0023) |
| 124 | 5/06/02 | 10:28 am | Email from Jennifer Montague to Ellen Best re: FW: Amoco Co-Brand and Horizon updates (BP 0879) |

| EXHIBIT | DATE | TIME | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 125 | 5/10/02 | 2:41 pm | Email from Ellen Best to Eric Schlesinger, Jennifer Montague re: "Nayr" Revised Letter re: Billing Transmissions (BP 1840) |
| 127 | 5/17/02 | 7:11 pm | Email from Ellen Best to Terry Walker; cc: Monica Evans, Mamta Naik, Elizabeth Cosentino, Jacki Liautaud, Jennifer Montague re: BP Horizon Benefit Letters (BP 1627 - BP 1629) |
| 128 | 5/23/02 | 7:12 pm | Email from Ellen Best to Eric Schlesinger; cc: Jennifer Montague, Sandy Gregg re: BP Horizon Visa-AMF (BP 1623) |
| 130 | 6/28/02 | 6:07 pm | Email from Ellen Best to Terry Walker re: BP Horizon Cancel Tracking (BP 1715 - BP 1716) |
| 140 | 3/05/02 | N/A | Memo from Mamta Naik and Terry Walker to Monica Evans and Anitza Seneriz re: Summary of Events - (Co-Brand Succession, MultiCard Retention Postcard, Helios Reimage Phase 3c, MultiCard Fulfillment and Horizon Succession) (W00006 - W00010) |
| 141 | 12/07/01 | N/A | Fax from Elizabeth (Eire) to Vaseem Baig at Citi attaching product materials (W00008 - W00022) |
| 142 | 12/10/01 | N/A | Meeting agenda re" Fee Card Harmonization and Re-image Weekly Status Call Updates. Meeting between Ellen Best, Elizabeth Cosentino, Monica Evans, Lisa Kilrea, Jacki Liautaud, Terry Walker, Vaseem Baig, Valerie McMahan (BP 1399 - BP 1404) |
| 144 | 2/01/02 | 2:42 pm | Email from Terry Walker to Lisa Kilrea; cc: Ellen Best, Monica Evans, Mamta Naik re: Horizon Timing (BP 0710) |
| 145 | 5/20/02 | N/A | BP Horizon to BP MultiCard Program Overview (W 00155 - W 00156) |
| 146 | 5/09/00 | 9:03 pm | Email from Ellen Best to Monica Evans; cc: Lisa Kilrea, Ruth Rankin re: BP Horizon (BP 1729) |
| 151 | 3/16/04 | N/A | Expert Report of Alan A. Schachter, Willamette Management Associates |
| 152 | 3/15/04 | N/A | Handwritten notes re: Ellen Best provided to expert, Alan Schachter |
| 153 | Undated | N/A | Bill Approval Form for 12/29/03 Invoice from BP Oil in the amount of $295,531.00 re: December 1999 BP Horizon Card Commission and December 1999 BP Visa Horizon Card Commission; BP Oil Commission Summary for December 1999; BP Oil Reconciliation - SafeCard Services, Inc. for December 1999 (9 pages) |
| 154 | 12-29-03 | 12:34 pm | Fax from SafeCard Services, Inc. to Kathy Thompson re: costs of issuing rebate (3 pages) |
| 155 | Undated | N/A | Marketing samples (mailings) for BP Horizon Card (TRI 2001511 – TRI 2001519) |

| EXHIBIT | DATE | TIME | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 176 | 5/16/02 | 2:14 pm | Email from Terry Walker to Anitza Sereniz, Ellen Best cc: Monica Evans, Mamta Naik, Elizabeth Cosentino and Jacki Liautaud re: BP Horizon Benefit Letters (BP 0716 – BP 0720) |
| 177 | 5/20/02 | N/A | Notices of discontinuation to benefit providers from Jennifer Montague (BP 0695 – BP 0702) |
| 178 | 5/23/02 | 4:03 pm | Email from Terry Walker to Anitza Sereniz, Jennifer Montague and Ellen Best cc: Monica Evans re: BP Horizon Benefit Termination Letter (BP 0855) |
| 179 | 7/11/02 | 2:55 pm | Email from Eric J. Schlesinger to Jennifer Montague re: Horizon renewal stream (BP 1560) |
| 180 | 7/12/02 | 11:49 am | Email from Chris Morris to Susie Hupp and Terry Walker re Horizon to Multi Closure Population (W00192 to W00198) |
| 181 | | | Billing Reconciliation for March, 2000 (TRI 2004550 – TRI 2004554) |
| 182 | 5/14/02 | N/A | Inter-office memo from Michael Brooks to Theresa Koster, Rob Timmons; cc: Chris Morris, Monica Evans, Charles Ramsey, Mike Gallo, Terry Walker, Mamta Naik, Joyce Bassett, Susie Hupp; re: Risk Criteria for BP Horizon succession to BP Multicard (W00307- W00308) |
| 183 | 5/9/02 | 3:28 pm | Email from Jennifer Montague to Ellen Best, Terry Walker, Anitza Seneriz, Roderick MacKinnon; cc: Monica Evans re: RP Horizon Billing Files – let Trilegiant accounting know why payments would be held up until new process was final (BP 0889) |
| 184 | 11/4/99 11/5/99 | N/A | Emails between Kathy Thompson and Carey Isom (BP 0519 – BP 0520) |
| 185 | N/A | N/A | Greg Hilinski's Damages Calculation (TRI 2005707 – TRI 2005775) |
| 186 | 5/1/01 | 3:14 pm | Email from J. Liautaud to M. Sharp, cc: Ellen Best, Lisa Kilrea re: Multicard Research Data (BP 1237) |
| 187 | 10/12/01 | 3:42 pm | Email from Susan Schlitt to Kelley Clift and Veronica Snyder re: BP Horizon Card Commission (TRI 2002973 – TRI 2002974) |
| 188 | 12/18/01 | 1:46 pm | Email from Clover Martinez to Eric Schelsinger cc: Clover Martinez, Moira Tuffy, Kelley Clift, Maria Cowley and Nayr-Aurora Iglesias re: BP Horizon Outstanding Invoices (TRI 2002760 – TRI 2002761) |
| 189 | Undated | N/A | Trilegiant Draft Card Issuer Marketing Agreement (TRI 2005146 – TRI 2005162) |
| 190 | 7/28/04 | | Trilegiant Corp Discount Rate as of 6/30/02 |
| 191 | 7/28/04 | | Joint excerpts Deposition Testimony |
| 192 | 7/28/04 | | Excerpt Deposition transcript Nayr Iglesias |
| 193 | 7/28/04 | | BP Fee Card Research & New BP Multicard |
| 194 | 7/29/04 | | BP Card (credit card) |

.StmLib1:1065722.1 7/22/2004

-7-