UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No: 3:02 CV 2237(MRK) |
| : | |
| BP PRODUCTS NORTH AMERICA, INC., : | |
| : | |
| Defendant. : | |

## JUDGMENT

This matter came on for court trial before the Honorable Mark R. Kravitz, United States District Judge. On October 13, 2004, by a Memorandum of Decision relief was granted to the defendants BP Products North America, Inc. on all counts.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, BP Products North America, Inc., and the case is closed.

Dated at New Haven, Connecticut this 13th day of October 2004.

KEVIN F. ROWE, Clerk
By
  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD : _____