UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No: 03:02 CV 2237 (MRK) |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC. | : | |
| | : | |
| Defendant. | : | NOVEMBER 24, 2004 |

**<u>VERIFIED BILL OF COSTS</u>**

Pursuant to Local Rule of Civil Procedure 54, the defendant, BP Products North America, Inc. ("BP"), submits this Bill of Costs to which it is entitled as a prevailing party against the plaintiff, Trilegiant Corporation ("Trilegiant"), in the above-captioned matter. The Court entered Judgment against Trilegiant on October 14, 2004.

True and accurate copies of all relevant receipts documenting these costs are attached hereto as Exhibit A. Attached hereto as Exhibit B is a list of the parties' joint trial exhibits reflecting BP's copying costs for the same. Attached hereto as Exhibit C is the Affidavit of Brian Porch, Jr., attorney for BP, submitted in support of this bill of costs. Set forth below are items considered taxable and recoverable as costs by BP Products:

**I.   Removal Fees - Local Rule 54(c)(6) (iii)**

| | | |
|---|---:|---:|
| Fees incurred for Removal of Action | $   150.00 | |
| | $150.00 | **$150.00** |

**II.  Deposition and Trial Witness Fees, Mileage and Subsistence Expenses (Local Rule 54 (c) (4) (i), (ii) and (iii)) and Deposition Transcript Copy Fees (Local Rule 54 (c) (2) (ii))**

**Jennifer Montague -**

| | | | |
|---|---:|---:|---:|
| Deposition by Excel Reporters, Inc. on June 26, 2003 | | $ 364.70 | |
| Deposition Witness Fee Payable on June 26, 2003 | | 40.00 | |
| Mileage for attendance at Deposition on June 26, 2003 (Warrenville, IL to Lisle, IL and return trip totaling 6 miles x $0.36 / mile) | | 2.16 | |
| Trial Witness Fee Payable on July 28, 2004 | | 40.00 | |
| Subsistence Expenses during Trial | | $2,169.76 | |
| Hotel | $   426.26 | | |
| Air Fare | 1,743.50 | | |
| | $2,169.76 | | |
| | | $2,616.62 | **$2,616.62** |

**James DuBoyce -**

| | | |
|---|---:|---:|
| Deposition by Excel Reporters, Inc. on June 26, 2003 | $ 240.00 | |
| Deposition Witness Fee Payable on June 26, 2003 | 40.00 | |
| Mileage for attendance at Deposition on June 26, 2003 (Warrenville, IL to Lisle, IL and return trip totaling 6 miles x $0.36 / mile) | 2.16 | |
| | $282.16 | **$282.16** |

II.    Con't.
**Deposition and Trial Witness Fees,
Mileage and Subsistence Expenses (Local Rule 54 (c) (4)
(i), (ii) and (iii)) and Deposition Transcript Copy Fees
(Local Rule 54 (c) (2) (ii))**

**Lisa Kilrea -**

| | | |
|---|---|---|
| Deposition by Excel Reporters, Inc. on June 25, 2003 | | $ 396.95 |
| Deposition Witness Fee Payable on June 25, 2003 | | 40.00 |
| Mileage for attendance at Deposition on June 25, 2003 (Warrenville, IL to Lisle, IL and return trip totaling 6 miles x $0.36 / mile) | | 2.16 |
| Deposition by Excel Reporters, Inc. on September 29, 2003 | | 394.50 |
| Deposition Witness Fee Payable on September 29, 2003 | | 40.00 |
| Witness Fee Payable for Attendance at Court on July 29, 2004 | | 40.00 |
| Subsistence Expenses during Trial | | <u>820.13</u> |
| Meals on July 28, 2004 | 7.57 | |
| Hotel | 223.00 | |
| Airport Parking | 41.00 | |
| Air Fare | 374.20 | |
| Meals on July 29, 2004 | <u>11.25</u> | |
| | 820.13 | |
| | | $8417.69     **0** |

**Ellen Best -**

| | | |
|---|---|---|
| Deposition by Excel Reporters, Inc. on September 30, 2003 | | $ 645.50 |
| Deposition Witness Fee Payable on September 30, 2003 | | 40.00 |
| Trial Witness Fee Payable on July 28, 2004 | | 40.00 |
| Subsistence Expenses during Trial | | <u>925.78</u> |
| Air Fare | 380.20 | |
| Hotel | <u>545.58</u> | |
| | 925.78 | |
| | | $1651.28     **$1651.28** |

| | | | |
|---|---|---|---|
| II. | **Con't.** <br> **Deposition and Trial Witness Fees,** <br> **Mileage and Subsistence Expenses (Local Rule 54 (c) (4)** <br> **(i), (ii) and (iii)) and Deposition Transcript Copy Fees** <br> **(Local Rule 54 (c) (2) (ii))** | | |

**Alan A. Schachter -**

| | | |
|---|---:|---:|
| By Sanders, Gale & Russell on March 25, 2004 | $214.72 | |
| Deposition Witness Fee Payable on March 25, 2004 | 40.00 | |
| One Copy of Deposition Transcript (102 pps. x $0.14 / page) | 14.28 | |
| Mileage for Attendance at Deposition (Westport, CT to Stamford, CT and return trip totaling 24 miles x $0.375/mile) | 9.00 | |
| Trial Witness Fee Payable for July 28, 2004 | 40.00 | |
| Mileage for Attendance at Trial on July 28, 2004 (New York, NY to New Haven, CT and return trip totaling 154 miles x $0.375/mile) | <u>57.75</u> | |
| | $375.75 | **$375.75** |

III. **Deposition Related Expenses – Local Rule 54 (c) (2) (ii) (deposition transcripts obtained for preparation of the case and one copy thereof)**

**Deposition Transcript of Chip Vann**

| | | |
|---|---:|---:|
| By Sanders, Gale & Russell on July 23, 2003 | $427.21 | **$427.21** |

**Deposition Transcript of Nayr Iglesias**

| | | |
|---|---:|---:|
| By Sanders, Gale & Russell on July 21, 2003 | $ 700.05 | **$700.05** |

**Deposition Transcript of Kelley L. Clift -**

| | | |
|---|---:|---:|
| By Wyoming Reporting Services on June 9, 2004 | $274.00 | **$274.00** |

**Deposition Transcript of Greg Hilinski**

| | | |
|---|---:|---:|
| By Sanders, Gale & Russell on October 27, 2003 | $ 619.85 | **$619.85** |

III. **Con't.**
**Deposition Related Expenses – Local Rule 54 (c) (2) (ii)**
(deposition transcripts obtained for preparation of the case and one copy thereof)

**Deposition Transcript of Monica Evans -**

By Esquire Deposition Services on December 10, 2003      $ 275.28      **$275.28**

**Deposition Transcript of Terry Walker -**

By Esquire Deposition Services on December 9, 2003      $258.76      **$258.76**

IV. **Trial Exhibits pursuant to Local Rule 54 (c) (3) (i)**

Exhibits - 520 pps. x  $0.14 / page.  Attached hereto as Exhibit B.      $72.80      **$72.80**

# TOTAL COSTS                                  $9,437.50

DEFENDANT,
BP PRODUCTS NORTH AMERICA, INC.,

By:/s/ Brian D. Porch
    Steven M. Greenspan (ct00380)
    Brian D. Porch (ct23650)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343

- 6 -

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing was served by hand delivery on this 24th day of November, 2004 to:

Robert P. Dolian, Esq.
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Ellm Street
Stamford, CT 06902

                        /s/ Brian D. Porch
                                 Brian D. Porch