

Fleet National Bank
Connecticut

Day, Berry & Howard LLP

51-57/119

Counsellors At Law
One Canterbury Green
Stamford, CT 06901-2047

Date:    December 16, 2002

Pay: One hundred fifty and 00/100

$150.00

Two signatures required if over $10,000.00

PAY TO THE
ORDER OF

Clerk of the Court

Authorized Signature

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈021524⑈ ⑆011900571⑆ 94091 42267⑈    ⑈00000150000⑈

THE SECURITY FEATURES INCLUDED WITHIN
THIS CHECK EXCEED INDUSTRY STANDARDS

SECURITY FEATURES
• TONER GRIP
• VOID PANTOGRAPH
• FLUORESCENT FIBERS
• MICROPRINTING
• WARNING BORDERS
CHEMICALLY TAMPER RESISTANT PAPER
BLEACH REACTIVE BROWN STAIN ALERTS USER TO VOID
FLUORESCENT WATERMARK - HOLD AT AN ANGLE TO VIEW

PAY TO THE ORDER OF
FLEET BANK
UNITED STATES DISTRICT COURT
BRIDGEPORT, CT
46-0010-4994
KEVIN F. ROWE, Clerk
DO NOT SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DEC 18 2002

DEC 24 00

▶011000138◀
FLEET-MA MALDEN, MA  34
1851 125 RJ 01 12202002

0703169055

0083856745  POSITION 08 1 1

**eXcel Reporters, Inc.**
Certified Shorthand Reporters
200 N. LaSalle Street · Suite 2300
Chicago, IL 60601

(312) 814-8400

Fax: (312) 814-8402

Mr. Brian D. Porch, Jr.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

INV. NO.

INV. DATE    CL. NO.
            1485

Re: Trilegiant Corp.        vs.    BP Products NA, Inc.
Assignment Date: June 25, 2003

Deposition Of Jennifer V. Montague

Copy...Regular Delivery                          339.70
ASCII Disk                                        25.00
Condensed Transcript                             25.00
                                            ==========
                        Total Amount $           389.70

Net 30 days
Thank you for using eXcel Reporters, Inc.

*-25.00 Ascii Disk*
*$364.70*

Please Make Checks Payable To:
    eXcel Reporters, Inc.
    Federal Tax Id#: 36-4183374

<u>Jennifer Montague Expenses – Connecticut Trip – Trilegiant</u>

| | |
|---|---|
| Limo from airport to Hotel | $165.00 |
| Omni Hotel | $426.26 ✓ |
| Air Fare: | $1,743.50 ✓ |
| Limo from Hotel to Airport (Connecticut) | $279.50 |
| Limo from Airport to Home (London) | $133.93 |

**Thompson, Sandra A.**

| | |
|---|---|
| **From:** | support@lodging.com |
| **Sent:** | Thursday, July 01, 2004 9:30 AM |
| **To:** | Thompson, Sandra A. |
| **Subject:** | Hotel-Helpline.com Reservation Confirmation: 1003613961 |

Hello jennifer montague,

Thank you for booking your travel with Hotel-Helpline.com.

** An amount in the sum of $426.26 USD has been charged to your credit card. **

This e-mail is being sent to confirm the travel plans you recently made on our system.

We suggest you keep this message in case you need to contact us about this reservation.

This message is the only receipt you will receive for this reservation from Hotel-Helpline.com.


GUEST INFORMATION

jennifer montague
4101 winfield rd mail code 5 East
warrenville
IL, 60555

RESERVATION DETAILS

Your Confirmation # is: 1003613961


Room Description:   DLX RM REQ 1KING OR 1QN OR 2DBL BEDS
Room Rate: 189.99 in USD
Arrival Date: July 27, 2004
Departure Date: July 29, 2004
# of Adults: 1
# of Children: 0
# of Rooms: 1
Total: 426.26 in USD
Guarantee Policy:   Please note that this is a pre-paid reservation and your credit card
will be charged the full amount at the time you book. This amount is refundable, less a
non-refundable $25 cancellation fee, as long as you cancel your reservation within the
hotel's cancellation policy timeframe. This reservation is not eligible for any type of
frequent guest points.
Cancel Policy:   Cancels received after 18:00 day of arrival, will be billed one night's
stay
Hotel Name: Omni New Haven Hotel
Hotel Address:
  155 Temple Street
  New Haven, CT, US
Property Phone:
  203 772-6664Reservation: 1-800-843-6664FAX: 203 974-6777

GENERAL INFORMATION

Please print this confirmation email right away because it serves as proof that your room
has been paid in full. Your hotel will ask for a credit card to cover incidental charges,
but the nightly room and tax has already been paid.  For your bookkeeping purposes, your
credit card has been billed by 'National Internet Travel Agency / Lodging.com.' Please

1

call us and reference your Hotel-Helpline.com reservation number with any questions about your stay as your room is part of Hotel-Helpline.com's room block at the hotel.

CONFIRMATIONS

Please feel free to call our reservations department at 866-603-9330, (Intl callers: 405-912-4095) to confirm your reservation. You should bring a copy of this reservation to arrival as a "voucher" for your booking. Your credit card will be billed by "National Internet Travel Agency / Lodging.com". Please allow 24 hours for processing of your reservation before contacting the hotel.

Hotel-Helpline.com CANCELLATION POLICY

Hotel-Helpline.com Cancellation Policy: In addition to the hotel cancellation policy, we are required to charge a non-refundable $25.00 (USD) fee if you cancel this reservation. If this reservation is canceled by the hotel's cancellation deadline, you will not be charged the hotel's cancellation fee, but you will still be charged the non-refundable $25.00 (USD) cancellation fee by Hotel-Helpline.com. Cancellation requests by email or voicemail are not acceptable and will not be honored.

PAYMENT POLICY

Please note that this is a pre-paid reservation and your credit card will be charged the full amount at the time you book. This amount is refundable, less a non-refundable $25.00 (USD) cancellation fee, as long as you cancel your reservation within the hotel's cancellation policy timeframe. This reservation is not eligible for any type of frequent guest points.

HOTEL CANCELLATION POLICY - Cancels received after 18:00 day of arrival, will be billed one night's stay

HOW TO CANCEL THIS RESERVATION

Cancellations may be made on-line by using the following link:

http://hotels.hotel-helpline.com/servlet/reservations.CancelXML?remote=hh

This cancellation service is available to you 24 hours a day, every day. It is your responsibility to cancel this reservation on-line, or by speaking to a reservation agent at 866-603-9330, (Intl callers: 405-912-4095). If you call to have a reservation agent cancel your reservation, you will be charged a service fee.

Your failure to cancel this reservation, outside the hotel's cancel penalty timeframe, may result in your being charged a penalty by the hotel as well.

Cancellation requests by voice mail, or email, are not acceptable and will not be honored.

HOW TO MODIFY THIS RESERVATION

This type of reservation cannot be modified. If you need to change your plans, you must call the reservation center at 866-603-9330, (Intl callers: 405-912-4095), and speak to a reservation agent. They will be able to cancel this reservation, and book an alternate reservation. If you attempt to modify a reservation within the hotel's cancel timeframe you may be charged a cancellation fee by the hotel.

HOW TO CONTACT CUSTOMER SERVICE

Please call Hotel-Helpline.com at 866-603-9330, (Intl callers: 405-912-4095) between 8AM and 10PM Eastern Time 7 days a week.

1250 Northland Drive
Mendota Heights, MN 55120-1138

*Revised*

Carlson
Wagonlit
Travel

Jennifer Montague                          Ph: 773-324-2888
BP Corporate
Attn: Jennifer Montague - 773-324-2888
7012 South shore drive
apt 1
Chicago, IL 60649                          **Trip Reference:**
                                           Windsor Locks, CT
                                           Tuesday, July 27

E-Mail, ,                                  **Copy**

---

**Tuesday, July 27**

Air   Departure 1159a            American Airlines           Confirmation: BSIBED
      O'Hare International        Flight: 578, Non-Stop       Seat: 10D; confirmed
      Chicago, IL                Equip: S80                  Status: Confirmed
      Arrival 0302p                                          Cabin: Coach (L)
      Hartford/Bradley International
      Windsor Locks, CT


**Thursday, July 29**

Air   Departure 0830a            American Airlines           Confirmation: BSIBED
      John F Kennedy Intl        Flight: 142, Non-Stop       Seat: 13B; confirmed
      New York, NY               Equip: 777                  Breakfast/Snack
      Arrival 0815p                                          Status: Confirmed
      Heathrow                                               Cabin: Business (J)
      London, United Kingdom

---

*Jennifer changed her flight to Wed, July 28, 2004. AA 100 from JFK to Heathrow.*

*Called Connecticut Limo & changed from Thurs morning to Wed July 28 afternoon.*

---

Internal Use:      E-Mail, ,

**Jennifer Montague, July 27, 2004, Chicago (ORD) to Windsor Locks (BDL)**

**Details:**

| Invoice Number | Ticket Number | Ticket Amount | Form of Payment | Client Defined Data | |
|---|---|---|---|---|---|
| | | 1556.20 USD | | | Electronic Ticket |
| | | Base Fare Amount | 1537.00 USD | | |
| | | Tax | 19.20 USD | BusinessUnitCode | 0300 |
| | | | | DivisionCode | GBC |
| | | | | EmployeeID | |
| | | | | OrgUnitCode | USBEXP0300 |

| Invoice Number | Ticket Number | Ticket Amount | Form of Payment | Client Defined Data | |
|---|---|---|---|---|---|
| | | 187.10 USD | | | Electronic Ticket |
| | | Base Fare Amount | 164.65 USD | | |
| | | Tax | 22.45 USD | BusinessUnitCode | 0300 |
| | | | | DivisionCode | GBC |
| | | | | EmployeeID | |
| | | | | OrgUnitCode | USBEXP0300 |

Fare not guaranteed until ticketed:  1743.30 USD

Invoice Total:  1743.30 USD

## Remarks:

### Air

Frequent Flyer #(s):AA-979X5E0 NW-418625012 DL-2261356998 UA-00311119958

USA International Check-in: Due to heightened airport security, check-in at least 3 hours prior to departure.

Note: Reconfirm International flights at least 72hrs in advance.

Note: A valid passport with at least six months validity beyond the return date is required.

To retain value of your ticket, you must cancel the reservation on or before your ticketed departure time.

Ticket is non-refundable; changes may be permitted subject to airline restrictions/change fees. No refund for unused portions. Contact a travel counselor if you need to change/cancel this reservation.

Note: Baggage/Carry-on allowances will vary.

Change or cancellation may result in fare change and/or penalty.

Departure and Arrival terminals may vary. Please confirm directly with airline prior to travel date.

Government-issued photo ID required for check-in.

Present your frequent traveler card(s) at check-in.

Note: Ticket valid only on carrier specified.

### Ticketing

Electronic Ticket - Request Terms/Conditions of Travel and Carrier Liability Notices from CWT or the transporting carrier.

Note: Electronic Ticket - receipt and boarding pass issued at gate/counter.

### Travel Order

For travel assistance outside Canada and the USA, please dial the country specific access code followed by 800 47-77-10-71. If the access code is unavailable call CWT collect at 651-406-6515.

For 24 hour travel assistance, call 1-800-289-1734.

For security/travel updates & info please go to the bp traveler website http://bptraveller.bpweb.bp.com/ and the bp group security website http://gbcweb.bpweb.bp.com/bpsecurity/

U.S. Based travelers - see www.travel.state.gov for travel advisories or call U.S. General Hotline at 202-647-5225

**eXcel Reporters, Inc.**
Certified Shorthand Reporters
200 N. LaSalle Street · Suite 2300
Chicago, IL 60601

(312) 814-8400

Fax: (312) 814-8402

Mr. Brian D. Porch, Jr.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

INV. NO.

INV. DATE    CL. NO.
07/         485

Re: Trilegiant Corp.        vs.    BP Products NA, Inc.
Assignment Date: June 25, 2003

Deposition Of James F. DuBoyce

Copy...Regular Delivery                          215.00
ASCII Disk                                        25.00
Condensed Transcript                              25.00
                                             ==========
                          Total Amount $         265.00

                                             - 25.00  Ascii Disk
Net 30 days
Thank you for using eXcel Reporters, Inc.       $ 240.00

Please Make Checks Payable To:
eXcel Reporters, Inc.
Federal Tax Id#: 36-4183374

**eXcel Reporters, Inc.**
Certified Shorthand Reporters
200 N. LaSalle Street · Suite 2300
Chicago, IL 60601

(312) 814-8400

Fax: (312) 814-8402

Mr. Brian D. Porch, Jr.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

INV. NO.

INV. DATE     CL. NO.
                1485

Re: Trilegiant Corp.        vs.     BP Products NA, Inc.
Assignment Date: June 25, 2003

Deposition Of Lisa Kilrea

| | |
|---|---:|
| Copy...Regular Delivery | 371.95 |
| ASCII Disk | 25.00 |
| Federal Express Delivery | 44.00 |
| Condensed Transcript | 25.00 |
| | ========== |
| Total Amount $ | 465.95 |

Net 30 days
Thank you for using eXcel Reporters, Inc.

*- 25.00  Ascii Disk*
*- 44.00  Fed Ex*
*$ 396.95*

Please Make Checks Payable To:
eXcel Reporters, Inc.
Federal Tax Id#: 36-4183374

**eXcel Reporters, Inc.**
Certified Shorthand Reporters
200 N. LaSalle Street · Suite 2300
Chicago, IL 60601

(312) 814-8400

RECEIVED

NOV 26 '03

DAY, BERRY & HOWARD    Fax: (312) 814-8402

Mr. Brian D. Porch, Jr.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

INV. NO.
5591

INV. DATE    CL. NO.
10/13/2003    1485

Re: TRILEGIANT        vs.    BP PRODUCTS NA
Assignment Date: September 29, 2003

Deposition Of Lisa Kilrea (Vol. II)

| | |
|---|---:|
| Copy...Regular Delivery | 354.50 |
| ASCII Disk | 25.00 |
| Reproduction of Exhibits | 15.00 |
| Condensed Transcript | 25.00 |
| | ========== |
| Total Amount $ | 419.50 |

*- 25.00*  *Ascii Disk*
*$ 394.50*

Net 30 days
Thank you for using eXcel Reporters, Inc.

Please Make Checks Payable To:
eXcel Reporters, Inc.
Federal Tax Id#: 36-4183374

**LAST RESORT**

0437  TABLE 998  #Party 1
JANET G      SvrCk: 93 13:38 07/29/04

1 Wicked Traditional          7.07
1 CHIPS                       1.18
1 20 OZ COKE                  2.36

             Sub Total:   10.61
                   Tax:    0.64
             Sub Total:   11.25
07/29 13:38 TOTAL:       11.25

THANK YOU
PLEASE COME AGAIN!



THANK YOU

O'Hare International Airport
Parking Facility - Lots A, B & C
P.O.Box 66179, Chicago, Il. 60666-0179
Tel: (773) 686-7532

# SALES VOUCHER/RECEIPT
DAILY TICKET - C Lot
TRANSACTION NUMBER              1101044773
ENTRY TIME/DATE          10:40  07-28-04
PAYMENT TIME/DATE        16:41  07-29-04
PAY MACHINE                          CE3B
LICENSE:                      IL 4516922
OPERATOR                             146
FEE                               $41.00
AMERICAN EXPRESS       378312118252009
Expiry Date                        04/06
Pay m/c Transaction Ref:      3B00006494
Authorization Code               517123
SPS Terminal                 CHG0019801
SPS Time                     0729041648
SPS Reference                       2356
# TOTAL            $41.00

11-19-2004 09:18 From-BP LEGAL 312.856.3152 T-774 P.007/020 F-988
Case 3:02-cv-02237-MRK Document 61-2 Filed 11/24/2004 Page 13 of 27

Page 1 of 1



# OMNI HOTELS

KILREA, (FG) LISA

Room Number: 907
Daily Rate: 170.00
Room Type: KN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|--|-----------|----------|---------|
| 07/28/04 | 07/29/04 | XXXX XXXX XXXX 0838 | | CARL | CONS | 400816 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 07/28/04 | 907 | LONG DISTANCE | 907/16:41/21/18153067109 | $29.11 |
| 07/28/04 | 907 | TELEPHONE TAX | TELEPHONE TAX | $3.49 |
| 07/28/04 | 907 | ROOM CHARGE | #907 KILREA, (FG) LISA | $170.00 |
| 07/28/04 | 907 | ROOM TAX | ROOM TAX | $20.40 |
| 07/29/04 | 907 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($223.00) |
| 07/29/04 | 907 | HONOR BAR | HONOR BAR | $4.26 |
| 07/29/04 | 907 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($4.26) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# AmericanAirlines® ● PASSENGER RECEIPT    AmericanAirlines®

23JUN04       RECORD
              LOCATOR     ORD
              JQCHXM      BDL AA 578 L 28Jul LAP7D

PASSENGER NAME
KILREA/LISA
CHI AA BDL164.65LAP7D UA CHI164.65VAP7 329.30 END Z
PORDBDLXT5.00AY8.00XFORD4.5BDL4.5

Get the CITI GOLD AADVANTAGE WORLD
MASTERCARD and earn 5000 miles!
Apply Today! Call 1-888-592-5521

FARE    329.30USD    NOT VALID FOR TRAVEL
TAX      24.70US     FOP-*AXxxxxxxxxxxx2009
TAX       6.20ZP     0011078262067
TAX      14.00XT     DUPLICATE
TOTAL   374.20USD
SELF-SERVICE CPN 2341138

---

# AmericanAirlines® ● BOARDING PASS    AmericanAirlines®

|                  | FREQUENT FLYER #    | RECORD LOCATOR |
|                  | 051HXD6             | JQCHXM         |

PASSENGER NAME
KILREA/LISA

| FROM:          | FLIGHT | CLASS | DATE   | DEPARTS |
| CHICAGO ORD    | 578    | L     | 28JUL  | 1159A   |
| TO:            | GATE   | BOARDING TIME | SEAT |
| HARTFORD/ SPRINGFI | K7 | 1129A         | 27D  |

GROUP 2

ELECTRONIC
0011078262067

SELF-SERVICE CPN 2341138

BOARDING PASS
KILREA/LISA
FROM:
CHICAGO ORD
TO:
HARTFORD/ SPRINGFI
FLIGHT    SEAT
578       27D
GROUP 2
DATE      CLASS    DEPARTS
28JUL     L        1159A

**Carlson Wagonlit Travel**
**1250 Northland Drive**
**Mendota Heights, MN 55120-1138**

Carlson
Wagonlit
Travel

Lisa Kilrea
BP Corporate
Attn: Lisa Kilrea – 312-856-8271
111 East Wacker Dr., 16th Flr.
Chicago, IL 60601

Ph: 312-856-8271

*Brian Poza
218/1446 6088*

**Trip Reference:**
Windsor Locks, CT
Wednesday, July 28

E-Mail, ,

---

**Wednesday, July 28**

| | | | |
|---|---|---|---|
| **Air** | Departure 1159a | American Airlines | Confirmation: JQCHXM |
| | O'Hare International | Flight: 578, Non-Stop | Seat: 27D; confirmed |
| | Chicago, IL | Equip: S80 | Status: Invoiced |
| | Arrival 0302p | | Cabin: Coach (L) |
| | Hartford/Bradley International | | |
| | Windsor Locks, CT | | |

| | | | |
|---|---|---|---|
| **Limo** | Pick-up 0310p | airport | Cancel Policy: Cancel 2 hours prior to PickUp to avoid 100% penalty |
| | Boston Coach | Quantity: 1 | Service Type: Transfer |
| | Ph: 800-275-8356 | Different drop-off location | Guaranteed – AX-2009 |
| | Windsor Locks, CT | Omni New Haven Ct | Confirmation: 07282277 |
| | Return 0430p | | |
| | Windsor Locks, CT | | |
| | Sedan | | |
| | Rate: 158.61 USD | | |

| | | | |
|---|---|---|---|
| **Hotel** | Check-in NEW HAVEN, CT | 155 TEMPLE ST. | Guaranteed – American Express |
| | OMNI | NEW HAVEN, CT 06510 | Confirmation: 1003582942 |
| | OMNI NEW HAVEN HOTEL AT YALE | Ph: 1-203-772-6664 | Freq Guest #: |
| | NEW HAVEN, CT | Fax: 1-203-974-6777 | |
| | Check-out Thursday, July 29 | 1 Person, | |
| | | Rate: 170.00 USD | |

NON SMOKING KING
Requested: King bed – verify at check-in.
Requested: Non-smoking room – verify at check-in.
Reservation guaranteed for late arrival – cancel by noon local time to avoid charges.

**Thursday, July 29**

| | | | |
|---|---|---|---|
| **Limo** | Pick-up 0430p | Omni Hotel New Haven ct | Cancel Policy: Cancel 2 hours prior to PickUp to avoid 100% penalty |
| | Boston Coach | Quantity: 1 | Service Type: Transfer |
| | Ph: 800-275-8356 | Different drop-off location | Guaranteed – AX-2009 |
| | Windsor Locks, CT | airport | Confirmation: 07293043 |
| | Return 0600p | | |
| | Windsor Locks, CT | | |
| | Sedan | | |
| | Rate: 158.61 USD | | |

Internal Use:    E-Mail, ,

**Lisa Kilrea, July 28, 2004, Chicago (ORD) to Windsor Locks (BDL)**

| | | | |
|---|---|---|---|
| **Air** | Departure 0705p | United Airlines, Inc. | Confirmation: L26SMC |
| | Hartford/Bradley International | Flight: 1057, Non-Stop | Seat: 13A; confirmed |
| | Windsor Locks, CT | Equip: 733 | Status: Invoiced |
| | Arrival 0840p | | Cabin: Coach (V) |
| | O'Hare International | | |
| | Chicago, IL | | |

---

**Details:**

**Invoice Date: June 23, 2004**

| Invoice Number | Ticket Number | Ticket Amount | Form of Payment | Client Defined Data | |
|---|---|---|---|---|---|
| 002881932 | 0011078262067 | 374.20 USD | | | Electronic Ticket |
| | | Base Fare Amount | 329.30 USD | | |
| | | Tax | 44.90 USD | BusinessUnitCode | 0359 |
| | | | | DivisionCode | GBC |
| | | | | EmployeeID | |
| | | | | OrgUnitCode | USBADS |

Ticket Total:   374.20 USD
Invoice Total:   374.20 USD

2:38
5:43

RECEIVED

**eXcel Reporters, Inc.**
Certified Shorthand Reporters

NOV 26 '03

(312) 814-8400                    200 N. LaSalle Street · Suite 2300   DAY, BERRY & HOWARD   Fax: (312) 814-8402
Chicago, IL 60601


Mr. Brian D. Porch, Jr.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

INV. NO.
5592

INV. DATE    CL. NO.
10/13/2003    1485

Re: TRILEGIANT        vs.    BP PRODUCTS NA
Assignment Date: September 29, 2003


Deposition Of Ellen Best

Copy...Regular Delivery                                  620.50
ASCII Disk                                                25.00
Federal Express Delivery                                  50.00
Condensed Transcript                                      25.00
                                                     ==========
                                  Total Amount $          720.50

Net 30 days
Thank you for using eXcel Reporters, Inc.

-25.00 *Ascii Disk*
-50.00 *FedEx*

$645.50



Please Make Checks Payable To:
eXcel Reporters, Inc.
Federal Tax Id#: 36-4183374

**DeCola, Toni**

| | |
|---|---|
| **From:** | Orbitz Traveler Care [travelercare@orbitz.com] |
| **Sent:** | Wednesday, June 30, 2004 9:26 AM |
| **To:** | DeCola, Toni |
| **Subject:** | Orbitz Travel Document - Hartford/Springfield/Windsor Locks 7/27/04 |

# ORBITZ

**Your Travel Document ...** ✈

**Hello Toni,**

Thanks for traveling with **Orbitz** This e-mail confirms the ticket number(s) issued for the "**Hartford/Springfield/Windsor Locks 7/27/04**' trip. Please review the ticket information:

ⓘ **New Information for Airport Security**

**Security update:** Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the latest airport security rules.

**TICKET INFORMATION**

**Passenger(s):** ELLEN BEST
**Orbitz record locator:** GT7DN1AV
**Airline ticket number(s):** 0011575295308

**Tuesday, July 27, 2004**
American Airlines # 578

Chicago O'Hare International (ORD) to Hartford/Springfield/Windsor Locks Bradley International (BDL)
**Departure (ORD):** July 27, 11:59 AM CDT (morning)
**Arrival (BDL):** July 27, 3:02 PM EDT (afternoon)
**Class:** Economy
**Seat assignment:** 22D
:iew/change seats

---

**Thursday, July 29, 2004**
American Airlines # 2277

Hartford/Springfield/Windsor Locks Bradley International (BDL) to Chicago O'Hare International (ORD)
**Departure (BDL):** July 29, 9:39 AM EDT (morning)
**Arrival (ORD):** July 29, 10:59 AM CDT (morning)
**Class:** Economy

June 30, 2004

**GREAT RATES**

Click for car and hotel rates in **Hartford/Springfield/Windsor Locks**

**ADD A CAR**

**ADD A HOTEL**

**Book now on Orbitz!**

🔔 **CARE ALERTS**

We automatically send alerts about flight status, delays and cancellations. Orbitz will send alerts to your E-mail: tdecola@airedirect.com

Send alerts to your phone or pager. Update alerts setup

**ORBITZ EXTRAS**

**AIRLINE TICKET PROTECTOR**
Protect against trip cancellations and interruptions with Access America, an Orbitz partner. Coverage is available for a non-refundable airline ticket up to $3,000. Important limitations apply.
**Buy Airline Ticket Protector**



TRAVEL WITH
**PEACE OF MIND**

➲ **GO NOW**

Seat assignment: 25D
view/change seats



### ›CHECK-IN INFORMATION

Because this reservation is an e-ticket, no ticket will be
mailed to you. When checking in, you must present a
valid government-issued photo ID. See **Quick Check-in
Tips.**

### ›PURCHASE CONFIRMATION

Passenger: ELLEN BEST
Airline ticket number(s): 0011575295308
Ticket type: electronic (e-ticket)

Total airfare: $374.20 (including taxes)
Service fee: $6.00
Total trip cost: $380.20

### ›BILLING INFORMATION

Credit card holder's name: ELLEN BEST
Credit card type: MasterCard
Credit card number: xxxxxxxxxxxx9593

720 NORTH FRANKLIN
SUITE 310
CHICAGO, Illinois 60610

Please note that your fare may carry restrictions. Changes
to your itinerary may result in additional fees. Review the
fare rules in "My Trips" to learn more.

Important notice related to ticket **terms and conditions.**

### ›SCHEDULE CHANGES

You may receive an e-mail from Orbitz if a schedule
change occurs prior to or during your trip. Such changes
also will be noted in "My Trips". We recommend you
check there periodically before your trip.

If there are changes to the flight(s), bring a printout with
the updated itinerary and ticket number(s) to the airport.
You can use the e-mail that comes 2-3 days before
departure.

Lastly, please remember that your travel itineraries
and information always are available online in **'My
Trips."** If you have any questions, you can e-mail
us.

We'll be in touch with essential trip information as
the travel date nears.

Again, thank you for choosing Orbitz.

**ELLEN P BEST**
**EIRE DIRECT MARKETING LL**

**Billing Period**
**07/17/04 to 08/16/04**

citi

**Business Payments, Credits, Adjustments and Fees**

EIRE DIRECT MARKETING LL

| Trans | Description | Payment |
|-------|-------------|---------|
| 08/06 | CITI PAYMENT - THANK YOU | 1,812.70 CR |
| | 1 Payment | $1,812.70 |

**Finance Charge Summary**

| | Nominal APR | Periodic FINANCE CHARGE | Cash Advance Fee/FINANCE CHARGE |
|---|---|---|---|
| Purchases | 14.40% | $0.00 | |
| Cash Advances | 19.99% | $0.00 | $0.00 |
| | | Total FINANCE CHARGE | $0.00 |

**Account Transaction Activity**

**ELLEN P BEST**       Individual Credit Line  $21,000.00
Account Number

**ELLEN P BEST**

| Trans | Post | Description | Promo ID | Charges |
|-------|------|-------------|----------|---------|

| 07/29 | 08/02 | OMNI HOTELS NEW HAVEN NEW HAVEN CT | | $45.58 |
| | | Arrival: 07/21/04    Resrv#: 69541864213072005270659 | | |
| | | Svc#: 800-555-1212 | | |

| | | 25 TRANSACTIONS | | $5,040.36 |

| Subtotal Balance for Account Number  5588 3250 0111 9593 | | | | $5,040.36 |

# INVOICE

BP Legal Counsel
Attn: Joan Zwit
4101 Winfield Rd Mail Code 5 East
Warrenville, IL 60555

Invoice Date:          September 20, 2004          Terms:          **Net 30 Days**

Invoice#          33035

04MC04

Airfare 07/27/04                                              $380.20
Transportation 07/27/04                                      $120.00       *Ellen Best*
Hotel 07/27/04                                               $545.58

Invoice Total

Remit to Vendor Code 80076238
Remit-To Address:
Eire Direct Marketing, Inc.
135 S. LaSalle St. Department 4103
Chicago, IL 60674-4103

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT   06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN: STEVEN GREENSPAN, ESQ.

*TRIEGIANT CORP. VS. B.P. PRODUCTS*
*NORTH AMERICA, INC.*

| | |
|---|---|
| **INVOICE NO.** | **15123** |
| **INVOICE DATE:** | **4/12/2004** |
| **REPORTER:** | |
| JUNE KEEFER | |
| **ID#:** | *06-0768608* |

| Date | Description | Units | Rate | Amount |
|------|-------------|-------|------|--------|
| 3/25/2004 | DEPOSITIONS: ALAN A. SCHACHTER | 1.00 | | |
| | PAGES,  1 COPY @ 2.00 | 101.00 | 2.00 | 202.00 |
| 4/12/2004 | DELIVERY | 1.00 | 10.00 | 10.00 |
| | SALES TAX | 1.00 | 12.72 | 12.72 |

|  |  |
|---|---|
| **Sub Total** | 224.72 |
| **Paid** | 0.00 |
| **Balance Due** | 224.72 |

— 10.00
214.72

**PLEASE RETURN ONE COPY WITH REMITTANCE**

8

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN: STEVEN M. GREENSPAN, ESQ.

*TRILEGIANT CORP. VS. BP PRODUCTS*
*NORTH AMERICA, INC.*

| | | INVOICE NO. | 12910 |
| --- | --- | --- | --- |
| | | INVOICE DATE: | 8/05/2003 |
| | | REPORTER: | |
| | | DEBBIE POMPONIO | |
| | | ID#: 06-0768608 | |

| Date | Description | Units | Rate | Amount |
| --- | --- | --- | --- | --- |
| 7/21/2003 | DEPOSITIONS: NAYR IGLESIAS (143) ✕ 3.90 = 557.70 | 1.00 | | |
| 7/22/2003 | DEPOSITIONS: CHIP VANN (77) ✕ 3.90 = 300.30 | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 220.00 | 3.90 | 858.00 |
| | ATTENDANCE   (2 DAYS) ÷ 2 = 70.00 | 2.00 | 70.00 | 140.00 |
| | MINITRANSCRIPT @ $25.00 ÷ 2 = 25.00 | 2.00 | 25.00 | 50.00 |
| 8/05/2003 | JURAT PREPARATION ÷ 2 = 7.50 | 1.00 | 15.00 | 15.00 |
| | DELIVERY ÷ 2 = 4.00 | 1.00 | 8.00 | 8.00 |
| | SALES TAX   See below | 1.00 | 64.26 | 64.26 |

| | | |
| --- | --- | --- |
| | Sub Total | 1,135.26 |
| | Paid | 0.00 |
| | Balance Due | 1,135.26 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

Nayr Iglesias

557.70 Trans
70.00 Attendance
25.00 Mini
7.50 Jurat Prep
4.00 Mail
664.20
✕ 6%
39.85

$ 704.05 / Total for Iglesias
- 4.00
700.05

Chip Van

300.30 Trans
70.00 Attendance
25.00 Mini
7.50 Jurat Prep
4.00 Mail
406.80
✕ 6%
24.41

$ 431.21 / Total for Chip Van
- 4.00
$ 427.21



# Wyoming Reporting Service, Inc.
P.O. Box 165
Cheyenne, WY 82003
(307) 635-4424 Fax: (307) 632-4943

Employer I.D. No. 830210241

| Invoice Date: |
| --- |
| 6/29/2004 |
| Invoice No. |
| 15224 |

To:
**Mr. Steven M. Greenspan**
**Day, Berry & Howard, LLP**
**CityPlace I**

**Hartford, CT  06103**

RE: Trilegiant Corporation vs. BP Products North America, Inc.

Deposed: Kelley L. Clift

Deposition Date:  6/09/2004        Case No.  3:02 CV 2237(MRK)

Taken By:  Lori Arnold

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| CC | Regular and Condensed Copy | 137 | 2.00 | 274.00 |
| SH | Shipping & Handling | 1 | 8.85 | 8.85 |
| Notes: | | | | |
| | | | **Total:** | **282.85** |

| | |
| --- | --- |
| **TOTAL BALANCE DUE:** | 282.85 |
| | − 8.85 |

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

*disbursed*

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN:  STEVEN GREENSPAN, ESQ.

*TRILEGIANT CORP. VS. BP PRODUCTS*
*NORTH AMERICA*

INVOICE NO.      13741
INVOICE DATE:    11/03/2003
REPORTER:
VIKTORIA STOCKMAL

ID#:  06-0768608

| Date | Description | Units | Rate | Amount |
|------|-------------|-------|------|--------|
| 10/27/2003 | DEPOSITIONS:  GREG HILINSKI | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 128.00 | 3.90 | 499.20 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| 11/03/2003 | JURAT PREPARATION | 1.00 | 15.00 | 15.00 |
| | DELIVERY | 1.00 | 10.00 | 10.00 |
| | SALES TAX | 1.00 | 35.65 | 35.65 |

| | |
|---|---|
| Sub Total | 629.85 |
| Paid | 0.00 |
| Balance Due | 629.85 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

— 10.00 Delivery

619.85



**(E) Esquire Deposition Services DaLLAS**

ESQUIRE™
POSITION SERVICES
A HOBART WEST COMPANY

Tax ID # 22-3779684                39044      MEEKJ01
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200    Fax(214)965-9205

To:
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

| INVOICE NUMBER | DATE |
|---|---|
| 41427EDA | 12/26/03 |

ATTN : Brian D. Porch, Esq          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
    TRILEGIANT VS. BP PRODUCTIONS, ET AL.

    SERVICES PROVIDED ON 12/10/03:
    Monica Evans                    1- 98    98 PGS                          1CC

    Administration Fee
    Binders
    Condensed Transcript
    Word Index
    E-Trans diskette/per witness
    Exhibits
    Exhibit Tabs
    THANK YOU!

BALANCE DUE                                    TOTAL      275.28    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
214-965-9200
Fax 214-303-0405

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services DALLAS**
P.O. Box 17012
Baltimore,MD 21297-1012
Tax ID # 22-3779684

JOB: 39044   TOT: $275.28
INVOICE #: 41427EDA
DATE: 12/26/03

Day, Berry & Howard, LLP
Attn: Brian D. Porch, Esq
One Canterbury Green
Stamford, CT 06901



ESQUIRE™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**(E) Esquire Deposition Services DALLAS**



# ESQUIRE™
### DEPOSITION SERVICES
#### A HOBART WEST COMPANY

Tax ID # 22-3779684            39043      MEEKJ01
A Hobart West Group Company
703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200      Fax(214)965-9205

To:
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

| INVOICE NUMBER | DATE |
|---|---|
| 41424EDA | 12/26/03 |

ATTN : Brian D. Porch, Esq                    Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
TRILEGIANT VS. BP PRODUCTIONS, ET AL.

SERVICES PROVIDED ON 12/09/03:
Terry Walker                1- 86    86 PGS                              1CC

Administration Fee
Binders
Condensed Transcript
Word Index
E-Trans diskette/per witness
Exhibits
Exhibit Tabs
Shipping & Handling
THANK YOU!

BALANCE DUE                              TOTAL    258.76    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
214-965-9200
Fax 214-303-0405

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services DALLAS**
P.O. Box 17012
Baltimore,MD 21297-1012
Tax ID # 22-3779684

JOB: 39043   TOT: $258.76
INVOICE #: 41424EDA
DATE: 12/26/03

Day, Berry & Howard, LLP
Attn: Brian D. Porch, Esq
One Canterbury Green
Stamford, CT 06901



# ESQUIRE™
### DEPOSITION SERVICES
#### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY