UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRILEGIANT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No: 03:02 CV 2237 (MRK) |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC. | : | |
| | : | |
| Defendant. | : | NOVEMBER 24, 2004 |

### AFFIDAVIT OF BRIAN PORCH, JR.

I, Brian D. Porch, Jr., being duly sworn, hereby state as follows:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I represent the defendant, BP Products North America Inc., ("BP") in the above-captioned action.

3. I submit this affidavit pursuant to 28 U.S.C. § 1924 in support of BP's Verified Bill of Costs dated November 24, 2004.

4. I have knowledge of the facts of the above-captioned matter.

5. The amounts set forth in BP's Bill of Costs are correct and accurate. All costs set forth in BP's Bill of Costs were actually and necessarily incurred by BP in defense of this action.

All of the information set forth above is true and accurate based on my own personal knowledge.

_____
Brian D. Porch, Jr.


STATE OF CONNECTICUT    )
                        )ss:
COUNTY OF FAIRFIELD     )

Subscribed and sworn
before me this 24th
day of November 2004.

_____
Commissioner of the Superior Court/
~~Notary Public~~
Thomas J. O'Neill
~~My Commission expires:~~