UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRILEGIANT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BP PRODUCTS NORTH AMERICA, )<br>INC. )<br>)<br>Defendant. ) | <br><br><br><br>CIV. NO: 3:02 CV2237 (MRK)<br><br><br><br><br><br>December 3, 2004 |

### PLAINTIFF'S OBJECTION TO VERIFIED BILL OF COSTS

The Plaintiff, Trilegiant Corporation ("Trilegiant"), by and through its attorneys, Cummings & Lockwood, LLC, respectfully submits this objection to Defendant BP Products North America, Inc.'s ("BP") Verified Bill of Costs. Set forth below are those costs Trilegiant considers nonrecoverable and solely the responsibility of BP.

### I.  Jennifer Montague - Air Fare $1,743.50

Trilegiant objects to this cost on the basis that Ms. Montague's return trip to London was via business class. Pursuant to L.Civ.R. 54(c)(4)(iii), fees of common carriers are only taxable at coach fare rates.

1

**II.     Ellen Best - Omni Hotels $545.58**

Trilegiant objects to this cost on the basis of excessiveness. Pursuant to L.Civ.R. 54(c)(7)(viii), subsistence fees for witnesses in attendance at trial or deposition will not be recoverable beyond the time of testimony by the witness. Ms. Best's testimony lasted one day. The only receipt documenting Ms. Best's hotel costs is her own credit card statement in the amount of $545.58. Upon information and belief, the average room rate at the Omni Hotels is approximately $170.00-$190.00 per night. Accordingly, without an itemized bill from the Omni detailing why Ms. Best's costs totaled $545.58, Trilegiant objects.

THE PLAINTIFF
TRILEGIANT CORPORATION

By_____
Robert P. Dolian (CT 04278)
Kevin P. Broughel (CT 25838)
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Tel. (203) 327-1700
Fax (203) 351-4534

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of December, 2004, a copy of the foregoing Plaintiff's Objection to Verified Bill of Costs was served via facsimile and first-class U.S. Mail, postage prepaid, on:

>Steven M. Greenspan, Esq.
>Brian D. Porch, Jr., Esq.
>Day, Berry & Howard LLP
>CityPlace I
>Hartford, CT  06103

_____
Kevin P. Broughel